Certificate Number: 12433-PAE-DE-032885909

Bankruptcy Case Number: 19-12324



12433-PAE-DE-032885909

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 29, 2019, at 10:22 o'clock AM EDT, Ebony Johnson completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 29, 2019                     By:     /s/Lance Brechbill

                                        Name:   Lance Brechbill

                                        Title:  Teacher