IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                      :
                                            :        Chapter 13
        EBONY T. JOHNSON,                   :
                                            :        Bankruptcy No. 19-12324 (ELF)
                        Debtor.             :
-------------------------------------------------------x
```

# **PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #40 filed by the City of Philadelphia on October 2, 2019.

                Respectfully submitted,

                THE CITY OF PHILADELPHIA

Dated: October 9, 2019        By:   /s/ Pamela Elchert Thurmond
                                                 PAMELA ELCHERT THURMOND
                                                 Deputy City Solicitor
                                                 PA Attorney I.D. 202054
                                                 City of Philadelphia Law Department
                                                 1401 JFK Blvd., 5th Floor
                                                 Philadelphia, PA  19102-1595
                                                 215-686-0508 (phone)
                                                 215-686-0588 (facsimile)
                                                 Email: Pamela.Thurmond@phila.gov