IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Ebony T. Johnson | : | No. 19-12324-ELF |
| Debtor | : | |

ANSWER TO MOTION OF LAKEVIEW LOAN SERVICING, LLC.
FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted

3. Admitted.

4. Admitted..

5. Admitted.

6. Admitted payments were missed. Debtor asks for the chance to catch up.

7. Debtor is unsure of the same. Debtor can pay three months of payments totaling $2,166.54 immediately and asks for the chance to catch up the remaining arrears.

8. Denied. Debtor is prepared to make a lump sum payment and asks for the chance to catch up.

9. No response.

/s/ David M. Offen
David M. Offen
Attorney for Debtor(s)

Dated:3/11/20

CERTIFICATE OF SERVICE

The following has been served by electronic mail:

Rebecca Solarz on behalf of Lakeview Loan Servicing, LLC.
bkgroup@kmllawgroup.com

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 3/11/20