**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:   Ebony Johnson | ) | Chapter 13 |
|              Debtor | ) | |
| | ) | No. 19-12324-ELF |
| | ) | |
| | ) | |

### CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Modify Plan and respectfully requests that the Order attached to the Motion be approved.

                                                   /s/David M. Offen
                                                   David M. Offen
                                                   Attorney for Debtor(s)

Date: 5/21/20