IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                :    CHAPTER 13

Ebony T. Johnson      :    No. 19-12324-ELF
    Debtor

## OBJECTION TO CERTIFICATE OF DEFAULT AND CERTIFICATE OF SERVICE

Debtor, by her counsel, states that she has made payments up to date and objects to the certificate of default and requests a hearing as the Debtor disputes the default.

/s/ David M. Offen
Attorney for Debtor
Suite 160 West, Curtis Ctr.
601 Walnut Street
Philadelphia, PA 19106
215-625-9600

Dated: 03/28/2022

A copy of this Objection is being served on Rebecca Ann Solarz, Esquire, and the Chapter 13 Trustee.

/s/ David M. Offen
Attorney for Debtor