# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Ebony T. Johnson
                Debtor(s)

Lakeview Loan Servicing, LLC
      v.
Ebony T. Johnson
      and
Kenneth E. West Esq.
                Trustee

Chapter 13

NO. 19-12324 ELF

## ORDER

AND NOW, this 17th day of November, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on April 23, 2020 it is ORDERED that the automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Lakeview Loan Servicing, LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2717 Moore Street Philadelphia, PA 19145.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**