**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Ebony T. Johnson | : | No.  19-12324-elf |
| Debtor | : | |


**CERTIFICATION OF NO RESPONSE TO**
**MOTION TO MODIFY PLAN**


    I hereby certify that I have received no answer, objection or other responsive

pleading to the Motion to Modify Plan and respectfully request that the Order attached to

the Motion be approved.



**/s/  David M. Offen**
**Attorney for Debtor**
**Suite 160 West, Curtis Ctr.**
**601 Walnut Street**
**Dated: 02/08/2023**                    **Philadelphia, PA  19106**
**215-625-9600**