IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Ebony T. Johnson | : | No.  19-12324-pmm |
| **Debtor** | : | |

### CERTIFICATION OF NO RESPONSE TO
### MOTION TO APPROVE LOAN MODIFICATION

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Approve Loan Modification and respectfully request that the Order attached to the Motion be approved.

**Dated:**  05/22/2023

/s/  David M. Offen
**Attorney for Debtor**
**Suite 160 West, Curtis Center**
**601 Walnut Street**
Philadelphia, PA  19106
215-625-9600