```
            IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

    IN RE:                  :       CHAPTER 13
                            :
    Ebony T. Johnson        :       NO.  19-12324-pmm
                            :
```

### ORDER

AND NOW, upon consideration of the Motion to Approve the loan modification, it is hereby Ordered and Decreed that the Motion is approved and Lakeview Loan Servicing, LLC can proceed with the loan modification on the property located at 2717 Moore Street Philadelphia, PA 19145.

**June 6, 2023**
_____                    _____
Date                                 HONORABLE PATRICIA M. MAYER
                                     UNITED STATES BANKRUPTCY COURT

cc:

Kenneth E. West, Esquire, Trustee

David M. Offen, Esquire