## CURTUSUNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**                                              :          **Chapter 13**

**EBONY T. JOHNSON,**                    :

                                                              :          **Case No.  19-12324 (PMM)**

                                                              :

           **Debtor[s]**                              :

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed

chapter 13 Plan (doc. #92, the "Motion");

It is hereby **ordered** that

1)  The Motion is **granted**; and

2)  The Modified Plan (doc. #100) is **approved**.

**Date:  June 13, 2023**

_Patricia M. Mayer_
_____

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**