United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-12324-pmm

Ebony T Johnson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 21, 2023 | Form ID: 138OBJ | Total Noticed: 32 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ebony T Johnson, 2717 Moore Street, Philadelphia, PA 19145-1713 |
| 14312718 | + | Lakeview Loan Servicing LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14305571 | + | Maurice Rentie, 5647 Cedar Avenue, Philadelphia, PA 19143-1919 |
| 14305578 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14756894 | + | US Dept. of Education, PO BOX 4830, Portland OR 97208-4830 |
| 14305579 | + | Vaughn Booker, Esq., 1420 Walnut Street, Suite 815, Philadelphia, PA 19102-4025 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 22 2023 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 22 2023 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14322412 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jul 22 2023 00:31:00 | Nelnet obo Ascendium Education Solutions, Ascendium Education Solutions, PO Box 809142, Chicago IL 60680-9142 |
| 14321836 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jul 22 2023 00:31:00 | Nelnet obo Ascendium Education Solutions, Ascendium Education Solutions, PO Box 8961, Madison WI 53708-8961 |
| 14622087 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2023 00:37:20 | Ally Bank Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14305565 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 22 2023 00:31:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14621718 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2023 00:37:24 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14341711 | | Email/Text: ally@ebn.phinsolutions.com | Jul 22 2023 00:31:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14305568 | | Email/Text: megan.harper@phila.gov | Jul 22 2023 00:32:00 | City of Philadelphia, c/o PAMELA ELCHERT THURMOND, Law/Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14305567 | | Email/Text: megan.harper@phila.gov | Jul 22 2023 00:32:00 | City of Philadelphia, Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14381829 | | Email/Text: megan.harper@phila.gov | Jul 22 2023 00:32:00 | Water Revenue Bureau, Pamela Elchert |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2023 | Form ID: 138OBJ | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14305566 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 22 2023 00:37:20 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14308051 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2023 00:37:20 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14308195 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2023 00:37:20 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14305569 | ^ | MEBN | Jul 22 2023 00:29:13 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14314657 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2023 00:37:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14342775 | ^ | MEBN | Jul 22 2023 00:29:06 | Lakeview Loan Servicing, LLC, PO BOX 840, Buffalo, NY 14240-0840 |
| 14305570 | | Email/Text: camanagement@mtb.com | Jul 22 2023 00:31:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14305572 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 22 2023 00:31:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14305574 | ^ | MEBN | Jul 22 2023 00:29:09 | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14344604 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2023 00:37:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14305575 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 22 2023 00:37:15 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14305577 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2023 00:37:24 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14307305 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 22 2023 00:37:20 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14306468 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 22 2023 00:37:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14756682 | + | Email/Text: EBN@edfinancial.com | Jul 22 2023 00:31:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14336698 | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14305573 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14305576 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 21, 2023 | Form ID: 138OBJ | Total Noticed: 32 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LakeView Loan Servicing  LLC, bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Ebony T Johnson dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance jschwartz@ecf.courtdrive.com bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Ebony T Johnson
        Debtor(s)                                           Case No: 19−12324−pmm

                                                                             Chapter: 13

_____

## *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                            900 Market Street
                              Suite 400
                         Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/21/23

 

                                                                                                                        118 − 114
                                                                                             Form 138OBJ